IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | | |
|---|---|---|
| TARA CHERIZARD, | § | |
| Plaintiff, | § | |
| v. | § | EP-10-CA-293-FM |
| REGENT & ASSOCIATES, LLP, | § | |
| Defendant. | § | |

## ORDER ENTERING DISMISSAL WITHOUT PREJUDICE

On this day the Court considered Plaintiff Tara Cherizard's "Notice of Dismissal" [ECF No. 6], filed November 2, 2010. Plaintiff dismisses the case without prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i). The Court accordingly enters the following Orders:

1. The above-captioned cause is **DISMISSED WITHOUT PREJUDICE** pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i).

2. The parties **SHALL** bear their own costs incurred in the prosecution of this matter.

3. All pending motions, if any, are **DENIED** as **MOOT**.

4. The Clerk of the Court is instructed to **CLOSE** this case.

**SO ORDERED.**

**SIGNED** this **9th** day of **November, 2010**.

_____
**FRANK MONTALVO**
**UNITED STATES DISTRICT JUDGE**